**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Christopher Paul HAWK, Defendant—
Appellant.**

**No. 02–30019.**

**D.C. No. CR–01–05218–RJB.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 3, 2003.

Decided Sept. 19, 2003.

Bruce F. Miyake, Seattle, WA, for Plaintiff–Appellee.

Miriam F. Schwartz, FPDWA–Federal Public Defender's Office, Tacoma, WA, Carlton Frederick Gunn, FPDWA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before KLEINFELD, McKEOWN, Circuit Judges, and SHAPIRO,* Senior Judge.

## MEMORANDUM**

Christopher Paul Hawk appeals the sentence imposed following his guilty plea conviction for second degree murder, because the sentencing judge upwardly departed from criminal history category IV to category V pursuant to U.S.S.G. § 4A1.3. We remand for resentencing to include specific findings supporting the upward departure; *United States v. Carrillo–Alvarez,* 3 F.3d 316, 324 (9th Cir.1993). *See also United States v. Singleton,* 917 F.2d 411 (9th Cir.1990).

The decision of the district court is

REMANDED for resentencing.

KLEINFELD, Circuit Judge, dissenting.

I respectfully dissent.

In my view, the findings at pages 43–46 of the sentencing transcript suffice.

* The Honoable Norma L. Shapiro, Senior U.S. District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.